# ABRUTYN LAW, PLLC

15944 W 12 Mile Road
Southfield, MI 48076
P: (248) 965-9440
F: (248) 965-9443

November 20, 2025

Clerk of the Court
United States Court of Appeals
    for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202
*By CM/ECF*

    Re:   ***Pizarro Reyes v. Raycraft*, No. 25-1982**
            **Petitioner's Rule 28(j) Letter re Fifth Circuit Proceedings**

Dear Clerk of the Court:

Numerous Courts of Appeals are considering cases raising the same legal issues as this case. As noted in Petitioner's response to Respondent's Motion to Expedite, Doc. 6, the government has sought to expedite some of those cases, while seeking to delay others despite the cases being virtually identical. Petitioner files this notice to inform this Court that the Fifth Circuit Court of Appeals has denied the Respondents' Motion to Expedite there. *See* Unpublished Order, *Buenrostro-Mendez v. Bondi*, No. 25-20496 (5th Cir. Nov. 19, 2025), Dkt. No. 30-2.

Respectfully submitted,

s/ Russell Reid Abrutyn
Abrutyn Law, PLLC
Attorney for Petitioner
15944 W 12 Mile Road
Southfield, MI 48076
(248) 965-9440
russell@abrutyn.com

cc:    All counsel (via CM/ECF)

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.


s/ Russell Reid Abrutyn
Abrutyn Law, PLLC
Attorney for Petitioner
15944 W 12 Mile Road
Southfield, MI 48076
(248) 965-9440
russell@abrutyn.com